In the Matter of the Estate of JAMES C. BRADY, Deceased. THE STATE TAX COMMISSION, Appellant; NICHOLAS F. BRADY et al., as Executors et al., Respondents.

(Argued June 13, 1930; decided July 8, 1930.)

*Seth T. Cole* and *James A. Quinn* for State Tax Commission, appellant.

*Neile F. Towner* for executors, respondents.

*Nathan L. Miller, Harold Otis* and *Robert A. Fulwiler, Jr.,* for Helen M. Brady et al., respondents.

*Edward J. O'Connell* for Ruth Brady et al., respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.